UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    ORDER

       -v.-                          :    12 Cr. 45

FAHD HUSSAIN,                         :
    a/k/a "Ali,"
    a/k/a "Moe,"                      :
JERMAINE DORE,
    a/k/a "St. Kitts,"                :
    a/k/a "Blaqs,"
DWAYNE BARRETT,                       :
TAIJAY TODD,
    a/k/a "Biggs," and                :
TAMESHWAR SINGH,
    a/k/a "Jerry,"                    :

       Defendants.                :

- - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 9 2012
```

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Amy Lester;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       January 19, 2012

_____
HONORABLE ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE