AUSA Jessica A. Masella/Amy Lester
212-637-2288/2416

ORIGINAL

CR 12 (Rev. 6/82)     WARRANT FOR ARREST

| United States District Court | DISTRICT |
|---|---|
| | SOUTHERN DISTRICT OF NEW YORK |
| UNITED STATES OF AMERICA<br>v.<br>JERMAINE DORE,<br>a/k/a "St. Kitts," a/k/a "Blaqs" | DOCKET NO.    MAGISTRATE'S CASE NO.<br>**12 CRIM 045** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>JERMAINE DORE,<br>a/k/a "St. Kitts," a/k/a "Blaqs" |
| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court<br>X Indictment    ☐ Information    ☐ Complaint | DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named persons and bring those persons before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

robbery conspiracy
use, carrying of firearm during and in relation to, and possession in furtherance of, robbery conspiracy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2012

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>924(c)(1)(A)(iii), 1951 |
|---|---|---|
| | BAIL    OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>1/18/12 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named persons.

| DATE RECEIVED<br>1/18/12 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Anthony Melchiorri | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>1/19/12 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.