UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                   :

UNITED STATES OF AMERICA,       :

                                   :          12 Cr. 045 (RJS)

       – against –          :

                                   :          NOTICE OF MOTION

JERMAINE DORE (2),          :          TO SUPPRESS EVIDENCE

                                   :

          Defendant.        :          <u>Electronically Filed</u>

                                   :

--------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Alice L. Fontier, Esq., the Exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, JERMAINE DORE, will move before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order:

    (a)     suppressing evidence seized pursuant to a warrantless search of Mr. Dore's home without his consent; and

    (b)     for any such other and further relief as to the Court seems just and proper.

Dated: April 23, 2012
       New York, New York              Respectfully submitted,


                                       <u>/S/ Alice L. Fontier</u>
                                       Alice l. Fontier
                                       DRATEL & MYSLIWIEC, P.C.
                                       2 Wall Street, 3rd Floor
                                       New York, New York 10005
                                       (212) 732-0707
                                       Afontier@dratelmys.com

                                       *Attorney for Defendant Jermaine Dore*

To:   THE HON. LEWIS A. KAPLAN
      UNITED STATES DISTRICT JUDGE

      UNITED STATES ATTORNEY
      SOUTHERN DISTRICT OF NEW YORK