UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-12
```

UNITED STATES OF AMERICA

-v-

FAHD HUSSAIN, *et al.*,

Defendants.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for Friday, June 1, 2012 is adjourned and rescheduled for Wednesday, May 30, 2012 at 10:00 a.m. At the conference, the Court will conduct a hearing on Defendant Barrett's and Defendant Dore's separate pre-trial motions. Although all Defendants are welcome to attend, only the attendance of Defendants Barrett and Dore is required. IT IS FURTHER ORDERED that should any of the other Defendants wish to attend, they shall so inform the Court by Friday, May 25, 2012 at 4:00 p.m.

SO ORDERED.

Dated:  May 21, 2012
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE