UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-12
```

UNITED STATES OF AMERICA

-v-

FAHD HUSSAIN, *et al.*,

Defendants.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the hearing scheduled for Wednesday, May 30, 2012 is adjourned and rescheduled for Tuesday, May 29, 2012 at 3:00 p.m. IT IS FURTHER ORDERED that should any of the other Defendants wish to attend, their counsel shall so inform the Court and the government no later than 5:00 p.m. on Thursday, May 24, 2012.

SO ORDERED.

Dated:   May 22, 2012
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE