UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-12
```

UNITED STATES OF AMERICA

    -v-

FAHD HUSSAIN, *et al.*,

               Defendants.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the May 29, 2012 suppression hearing, the government and Defendants Barrett and Dore, respectively, shall submit separate post-hearing briefs to the Court by June 12, 2012. Also as stated on the record at the May 29 hearing, the conference scheduled for June 1, 2012 is adjourned. All parties shall appear on June 25, 2012 at 4:00 p.m. for a status conference and for oral argument on the two pending motions in the above-captioned action.

SO ORDERED.

Dated:     May 29, 2012
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE