

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2012

**BY E-MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-12
```

      Re:    *United States v. Fahd Hussain, et al.,*
            **12 Cr. 45 (RJS)**

Dear Judge Sullivan:

        The Government respectfully submits this letter to request a short extension, until Friday, June 15, 2012, of the deadline for submission of the parties' post-hearing briefs in connection with the suppression hearing that took place before the Court on May 29, 2012. The parties' briefs are currently due tomorrow, June 12, 2012. Because of unanticipated scheduling issues that have arisen today, the Government would be greatly assisted by having the additional time to complete its post-hearing submission. Counsel for defendant Dwayne Barrett, James Roth, Esq., has no objection to this request, and the Government would respectfully request that the deadline for his post-hearing submission also be adjourned until June 15th.[1]

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney

                                        By: _____
                                          Amy Lester/Jessica A. Masella
                                          Assistant United States Attorneys
                                          Tel.: (212) 637-2416/2288

cc:    All Defense Counsel

SO ORDERED
Date: 6/11/12
RICHARD J. SULLIVAN
U.S.D.J.

---

[1] Counsel for defendant Jermaine Dore, Alice Fontier, Esq., has already submitted her post-hearing brief to the Court.