UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-12
```

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

                Defendant.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that Joshua L. Dratel, Esq., is appointed as learned counsel for Defendant.

SO ORDERED.

Dated:     July 10, 2012
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE