UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                                              :

UNITED STATES OF AMERICA,         :         12 Cr. 045 (RJS)
                                                             :         <u>Electronically Filed</u>

        *– against –*                       :
                                                             :         NOTICE OF APPEARANCE
JERMAINE DORE (2),                       :         AND REQUEST FOR
                                                             :         ELECTRONIC NOTIFICATION
                        Defendant.         :
                                                             :
-------------------------------------------------------x

      Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of JERMAINE DORE and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated:  New York, New York
           July 11, 2012

                                                         Respectfully submitted,

                                                         /s/Joshua L. Dratel
                                                         Joshua L. Dratel
                                                         JOSHUA L. DRATEL, P.C.
                                                         2 Wall Street, 3rd Floor
                                                         New York, New York 10005
                                                         (212) 732-0707
                                                         jdratel@joshuadratel.com

                                                         *Attorney for Defendant Jermaine Dore*

  *– Of Counsel –*

Alice L. Fontier
Joshua L. Dratel