```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FAHD HUSSAIN, *et al.*,

                Defendants.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at the July 12, 2012 conference, the parties shall adhere to the following briefing and oral argument schedule for Defendants' contemplated substantive motions, if any:

| | |
|---|---|
| September 5, 2012 | Defendants shall submit their contemplated motions and accompanying briefs; |
| September 19, 2012 | The government shall submit its response(s) to any motions filed by Defendants; |
| September 26, 2012 | Defendants shall submit their replies to the government's response(s); and |
| October 10, 2012 | The parties shall appear in Courtroom 21C at 2:00 p.m. for a status conference and for oral argument on Defendants' motions. |

    Also as stated on the record at the July 12, 2012 conference, the parties shall adhere to the following pre-trial schedule:

| | |
|---|---|
| November 5, 2012 | The government shall produce its expert disclosures to Defendants and shall submit its motions *in limine*, exhibit list, and witness list, as well as any 404(b) notice; |

| | |
|---|---|
| November 13, 2012 | Defendants shall respond to the government's motions *in limine* and submit their own motions *in limine*; |
| November 19, 2012 | The government shall respond to Defendants' motions *in limine*; |
| November 20, 2012 | The parties shall submit a joint proposed *voir dire* and requests to charge; and |
| November 29, 2012 | The parties shall appear in Courtroom 21C at 2:00 p.m. for a final pre-trial conference. |

Lastly, and also as stated on the record at the July 12, 2012 conference, trial in this matter will begin on December 3, 2012 in Courtroom 21C at 9:30 a.m.

SO ORDERED.

Dated:   July 12, 2012
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2