USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-12

# MEMO ENDORSED

LAW OFFICES OF
## DRATEL & MYSLIWIEC

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC

ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

September 5, 2012

**FILED BY EMAIL**
Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Fahd Hussain, et al*
12-CR-0045 (RJS)

Dear Judge Sullivan:

This letter is in reference to the above-entitled case, in which I represent Jermaine Dore, and is in regards to the Motion Schedule which was set at the last court appearance. At that appearance the government informed counsel that additional discovery, including the results of DNA testing would be provided within two weeks. On the basis of that representation, the Court ordered counsel to submit any further motions, based on the new discovery, by today September 5, 2012. As of today, the DNA lab results for Mr. Dore have not been produced by the government. As a result, Mr. Dore is unable to determine at this time if any new motions are required. Mr. Dore respectfully requests permission to file any new motions related to the DNA evidence three weeks after receipt of the discovery.

Thank you for your consideration of this matter.

Respectfully submitted,

S/ Alice L. Fontier
Alice L. Fontier

Cc:   Jessica Massella
      Assistant United States Attorney

The Court GRANTS Defendant's request. IT IS HEREBY ORDERED that the government shall submit, no later than September 10, 2012, a letter to the Court indicating a date by when it will produce DNA lab results to Defendant.

SO ORDERED
Date: 9/5/12
RICHARD J. SULLIVAN
U.S.D.J.