UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-12

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

                Defendant.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant's letter, received in chambers on September 10, 2012, indicating, *inter alia*, that he and his lawyers "are not seeing eye to eye in this matter." Accordingly, IT IS HEREBY ORDERED that the parties shall appear on September 19, 2012 at 10:00 a.m. for a conference to address Defendant's letter. Defendant's letter will be filed under seal; a copy will be provided to Defendant's counsel.

SO ORDERED.

Dated:    September 10, 2012
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE