UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FAHD HUSSAIN, et al.,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-19-12

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the September 19, 2012 conference, the parties shall adhere to the following revised briefing and oral argument schedule for Defendants' remaining contemplated substantive motions:

| | |
|---|---|
| September 28, 2012 | Defendants shall submit their contemplated motions and accompanying briefs; |
| October 12, 2012 | The government shall submit its response(s) to any motions filed by Defendants; |
| October 19, 2012 | Defendants shall submit their replies to the government's response(s); and |
| October 24, 2012 | The parties shall appear in Courtroom 21C at 3:30 p.m. for oral argument on Defendants' motions and possible hearings. |
| November 8, 2012 | Depending on the substantive motions that Defendants file, the Court may determine to hold the oral argument and hearings noted above at 4:30 p.m. on this date instead. |

Also as stated on the record at the September 19, 2012 conference, the parties shall continue to adhere to the following pre-trial schedule, as set forth in the Court's Order, dated July 12, 2012:

| | |
|---|---|
| November 5, 2012 | The government shall produce its expert disclosures to Defendants and shall submit its motions *in limine*, exhibit list, and witness list, as well as any 404(b) notice; |
| November 13, 2012 | Defendants shall respond to the government's motions *in limine* and submit their own motions *in limine*; |
| November 19, 2012 | The government shall respond to Defendants' motions *in limine*; |
| November 20, 2012 | The parties shall submit a joint proposed *voir dire* and requests to charge; and |
| November 29, 2012 | The parties shall appear in Courtroom 21C at 2:00 p.m. for a final pre-trial conference. |

Lastly, and also as stated on the record at the September 19, 2012 conference, trial in this matter remains set to begin at 9:30 a.m. on December 3, 2012 in Courtroom 21C.

SO ORDERED.

Dated:   September 19, 2012
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2