MEMO ENDORSED

LAW OFFICES OF
**DRATEL & MYSLIWIEC**

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-12

JOSHUA L. DRATEL
AARON MYSLIWIEC
---
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

October 9, 2012

**FILED BY EMAIL**
Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Fahd Hussain, et al*
12-CR-0045 (RJS)

Dear Judge Sullivan:

This letter is in reference to the above-entitled case, in which I represent Jermaine Dore, and is in regards to the Motion Schedule which was set at the last court appearance. At that appearance the Court set oral argument on the current set of motions for October 24, 2012 at 3:30 p.m. I indicated to the Court that I would not be available on that date, and the Court set a provisional second date of November 8, 2012. I will now be available on October 24, 2012, but will be out of the country on November 8, 2012. Accordingly, I respectfully request that to the extent feasible for the Court, the October 24, 2012 date be maintained.

Thank you for your consideration of this matter.

Respectfully submitted,

S/ Alice L. Fontier
Alice L. Fontier

Cc: Jessica Massella
Assistant United States Attorney

```
The Court GRANTS Defendant's request.
Accordingly, the oral argument,
scheduled for October 24, 2012, will
proceed as scheduled.
```

SO ORDERED
Date: 10/9/12
RICHARD J. SULLIVAN
U.S.D.J.