```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FAHD HUSSAIN, *et al.*,

Defendants.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On November 3, 2012, the Court received an email from the government (the "email") requesting, in light of the impact of Hurricane Sandy, a "one-week adjournment of all pre-trial submission[]" deadlines set in the Court's September 19, 2012 Order. The Court GRANTS the government's request. Accordingly, IT IS HEREBY ORDERED that the parties shall adhere to the following updated pretrial schedule:

| | |
|---|---|
| November 13, 2012 | The government shall produce its expert disclosures to Defendants and shall submit its motions *in limine*, exhibit list, and witness list, as well as any 404(b) notice; |
| November 20, 2012 | Defendants shall respond to the government's motions *in limine* and submit their own motions *in limine*; |
| November 26, 2012 | The government shall respond to Defendants' motions *in limine*; |
| November 27, 2012 | The parties shall submit a joint proposed *voir dire* and requests to charge; |
| November 29, 2012 | The parties shall appear in Courtroom 21C at 2:00 p.m. for a final pre-trial conference; and |
| December 3, 2012 | Trial shall commence at 9:30 a.m. in Courtroom 21C. |

Additionally, the government informed the Court in its email that Defendants are *considering* making a motion regarding "cell site location information" and that Defendant Barrett's counsel *may* request a status conference in this matter to discuss scheduling. The Court is also aware that Mr. Garnett, Defendant Hussain's counsel, will likely be unavailable for the current trial date of December 3, 2012. In light of Defendants' contemplated motion, the impact of Hurricane Sandy, the contemplated request of Defendant Barrett's counsel, and Mr. Garnett's limited availability, IT IS FURTHER ORDERED that any party seeking to request either (1) an adjournment of the trial date and/or any pretrial submission date or (2) a conference regarding scheduling, may submit a letter to the Court making such a request, pursuant to my Individual Practices.

SO ORDERED.

Dated:   November 5, 2012
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE