USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FAHD HUSSAIN, *et al.*,

                Defendants.

No. 12 Cr. 45 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

In accordance with the parties' and the Court's discussion on the record at the November 8, 2012 conference, IT IS HEREBY ORDERED that the parties shall adhere to the following updated pretrial and trial schedule:

| Date | |
|---|---|
| January 28, 2013 | The government shall produce its expert disclosures to Defendants and shall submit its motions *in limine*, exhibit list, and witness list, as well as any 404(b) notice; |
| February 4, 2013 | Defendants shall respond to the government's motions *in limine* and submit their own motions *in limine*; |
| February 11, 2013 | The government shall respond to Defendants' motions *in limine*; |
| February 18, 2013 | The parties shall submit a joint proposed *voir dire* and requests to charge; |
| February 27, 2013 | The parties shall appear at 2:30 p.m. for a final pretrial conference; and |
| March 4, 2013 | Trial shall commence at 9:30 a.m. |

Additionally, in light of the revised schedule above and in the interest of justice, the Court GRANTS the government's motion, made with each of the Defendants' consent, to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between November 8, 2012 and March 4, 2013. As stated on the record, such an exclusion is appropriate, *inter alia*, to ensure Defendants' continuity of counsel and to enable Defendants to pursue motions *in limine* that will likely lengthen the time necessary to prepare for and conduct the trial in this matter.

SO ORDERED.

Dated:   November 8, 2012
         New York, New York

  _____
  RICHARD J. SULLIVAN
  UNITED STATES DISTRICT JUDGE

2