**MEMO ENDORSED**

LAW OFFICES OF
**DRATEL & MYSLIWIEC**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-12

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

November 20, 2012

**BY ELECTRONIC MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Hussein, et al. (Jermaine Dore)*,
                12 Cr. 45(RJS)

Dear Judge Sullivan:

      This letter is submitted on behalf of Jermaine Dore, a defendant in the above-entitled case, for whom I have been appointed as learned counsel. In light of the government's decision not to seek the death penalty against Mr. Dore (communicated in Assistant United States Attorney Jessica A. Masella's November 14, 2012, letter to the Court), I respectfully request to be relieved. I have discussed this matter with Mr. Dore's primary counsel, Alice L. Fontier, Esq., and she supports this application.

      Accordingly, it is respectfully requested that I be relieved as Mr. Dore's learned counsel.

                              Respectfully submitted,

                              Joshua L. Dratel

JLD/sw

SO ORDERED
11/20/12
Richard J. Sullivan, U.S.D.J.