UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
: 12 Cr. 045 (RJS)
UNITED STATES OF AMERICA, :
:   NOTICE OF CHANGE OF
– *against* – :   ADDRESS
:
JERMAINE DORE : (filed electronically)
:
:
Defendant. :
:
--------------------------------------------------------x

To:   Clerk of the Court
      United States District Court for the Southern District of New York

       Please take notice of my current address, and change the filing information in the Electronic Case System. My current contact information is:

       Alice L. Fontier
       369 Lexington Avenue
       2nd Floor, PMB #224
       New York, NY 10017
       T: 212-256-1244
       F: 917-521-5071
       AliceFontierEsq@gmail.com

                                                  Respectfully,

                                                    S/Alice L. Fontier