UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-13
```

UNITED STATES OF AMERICA

-v-

FAHD HUSSAIN, *et al.*,

Defendants.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of two letters, each dated January 23, 2013, from counsel for Defendants Todd and Dore, respectively. In their letters, counsel request that the Court adjourn the March 4, 2013 trial date in this matter to allow them sufficient time to prepare for trial. In light of the fact that this Court has already adjourned the trial date in this matter by a matter of months and set the current trial date with the prior consent of counsel for all Defendants, the Court DENIES Defendants' requests. Accordingly, trial in this matter shall commence on March 4, 2013 at 9:30 a.m.

SO ORDERED.

Dated:   January 24, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE