UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

          - against -

JERMAINE DORE,

                         Defendant.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**
12 Cr. 45 (RJS)

      Undersigned counsel hereby notes her appearance on behalf of defendant JERMAINE DORE in the above captioned matter and requests that she receives Notices of Electronic Filing in this case.

Dated:  New York, New York
           February 4, 2013

                                            Respectfully submitted,

                                            _____/S/_____
                                            Ying Stafford, Esq.
                                            276 Fifth Avenue, Suite 501
                                            New York, New York 10001
                                            (212) 689-3858 voice
                                            (212) 689-0669 facsimile
                                            ying@staffordesq.com