UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :         **Notice of Motion**
   -against-                    :         No. 12 Cr. 45 (RJS)
                                 :
                                 :
JERMAINE DORE,                   :
                                 :
              Defendant.      :
-------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of Alice L. Fontier, Esq., attorney for Jermaine Dore Barrow, that accompanying Memorandum of Law, the defendant Jermaine Dore will move before the Honorable Richard J. Sullivan for the Southern District of New York, at Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, New York, for an order precluding certain evidence at trial, and further relief this Court deems just and proper.

Dated: February 6, 2013
       New York, New York

                                            Respectfully submitted,

                                            *__Alice L. Fontier__*
                                            ALICE L. FONTIER
                                            369 Lexington Ave., 2d Fl #224
                                            New York, New York 10017
                                            (212) 256-1244
                                            AliceFontierEsq@gmail.com

                                            *Attorney for Jermaine Dore*