UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA        :

                                           :                 **<u>AFFIRMATION</u>**

      -against-                  :                 **No. 12 Cr. 45 (RJS)**

                                         :

                                         :

JERMAINE DORE,                :

                                         :

                   Defendant.       :
-------------------------------------------------------x


      **ALICE L. FONTIER**, an attorney admitted to practice law before this Court, affirms as

following under penalty of perjury.

1. I am an attorney for the defendant Mr. Dore and as such I am fully familiar with the facts and circumstances of this case.

2. This affirmation is submitted in support of the defendant's motion to preclude ballistics evidence, motion to join in the motion to preclude cell site evidence filed by Mr. Barrett and motion to preclude certain uncharged crimes, for reasons stated in the attached memorandum of law, alternatively that a hearing be conducted in this case.

3. The facts and circumstances are stated upon information and belief and are based upon interviews with the defendant, the discovery provided by the Government, and other information gleaned in the course of my investigation of this case.


      **WHEREFORE**, for the reasons presented in the accompanying Memorandum of Law,

your deponent prays for an order, granting the defendant all of the relief enumerated in the

Notice of Motion, and requested herein, together with such other and further relief as this Court

deems just and proper.

Dated: February 6, 2013
       New York, New York

Respectfully submitted,

*Alice L. Fontier*
ALICE L. FONTIER
369 Lexington Ave., 2d Fl #224
New York, New York 10017
(212) 256-1244
AliceFontierEsq@gmail.com

*Attorney for Jermaine Dore*

[2]