

**MEMO ENDORSED**  **U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2013

**BY E-MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-7-13

> **Re:**   *United States* **v.** *Fahd Hussain, et al.,*
> **S1 12 Cr. 45 (RJS)**

Dear Judge Sullivan:

      The Government writes to respectfully request a two-day extension of time, until Wednesday, February 13, 2013, to file its responses to the defendants' motions *in limine*. The Government has conferred with defense counsel, and they have no objection to this request.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:    s/ Amy Lester
      Amy Lester/Jessica A. Masella
      Assistant United States Attorneys
      Tel.: (212) 637-2416/2288

cc:    All Defense Counsel

SO ORDERED.
Date: 2/7/13
RICHARD J. SULLIVAN
U.S.D.J.