```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
         - v. -                    :
                                   :
FAHD HUSSAIN,                      :     ORDER
     a/k/a "Ali,"
     a/k/a "Moe,"                  :
JERMAINE DORE,                           S2 12 Cr. 45 (RJS)
     a/k/a "St. Kitts,"            :
     a/k/a "Blaqs,"
DWAYNE BARRETT,                    :
     a/k/a "Tall Man,"
TAIJAY TODD,                       :
     a/k/a "Biggs,"
SHEA DOUGLAS,                      :
     a/k/a "Duff," and
TAMESHWAR SINGH,                   :
     a/k/a "Jerry,"
                                   :
               Defendants.
                                   :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Jessica A. Masella;

It is found that the Indictment in the above-captioned action, S2 12 Cr. 45 (RJS), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/13

ORDERED that the Indictment, S2 12 Cr. 45 (RJS), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         February 19, 2013

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE