UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-13
```

UNITED STATES OF AMERICA

-v-

JERMAINE DORE and DWAYNE BARRETT,

               Defendants.

No. 12 Cr. 45 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

On November 9, 2012, the Court ordered that the government file any motions *in limine* concerning the scheduled trial of this matter on or before February 4, 2013 and that Defendants' file any motions *in limine* on or before February 11, 2013. (Doc. No. 97.) The government filed no such motions. The Court received submissions from each of the following Defendants, each of which contained multiple motions *in limine*: Defendant Barrett (Doc. No. 116); Defendant Todd (Doc. No. 117); Defendant Dore (Doc. No. 120); and Defendant Singh (Doc. No. 126). The government filed its opposition to Defendants' motions on February 13, 2013. (Doc. No. 130.) The Court held oral argument on Defendants' motions on February 27, 2013, at which certain of Defendants' motions were denied and others granted. The Court reserved judgment on Defendants' motions concerning the government's ballistics expert, and issued an Order deciding this motion on March 1, 2013. (Doc. No. 152.)

Accordingly, the Clerk of the Court is respectfully requested to terminate the motions at Doc. Nos. 116, 117, 120, and 126.

SO ORDERED.

Dated:   March 6, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE