UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                      :

UNITED STATES OF AMERICA,       :

                                      :         12 Cr. 045 (RJS)

        – against –               :

                                      :         NOTICE OF MOTION

JERMAINE DORE (1),                :         TO WITHDRAW AS COUNSEL

                                      :         AND FOR A MISTRIAL

                                      :

               Defendant.        :         <u>Electronically Filed</u>

                                      :
-------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Alice L. Fontier, Esq., the Exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, JERMAINE DORE, will move before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order:

      (a)    allowing Alice L. Fontier to withdraw as counsel; and

      (b)    for a mistrial.

Dated:  March 11, 2013
          New York, New York

                                                        Respectfully submitted,

                                                        /S/ Alice L. Fontier
                                                        Alice L. Fontier
                                                        369 Lexington Ave., 2d Fl. #224
                                                        New York, New York 10017
                                                        (212) 256-1244
                                                        AliceFontierEsq@gmail.com

                                                        *Attorney for Defendant Jermaine Dore*

To:  THE HON. RICHARD J. SULLIVAN
     UNITED STATES DISTRICT JUDGE

     UNITED STATES ATTORNEY
     SOUTHERN DISTRICT OF NEW YORK