MEMO ENDORSED

LAW OFFICES OF
# ALICE L. FONTIER

369 Lexington Avenue
2nd Floor #224
New York, NY 10017

Telephone (212) 256-1244
Facsimile (917) 521-5071
AliceFontierEsq@gmail.com

April 17, 2013

**BY ELECTRONIC MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

...NICALLY FILED

...ED: 4-18-13

Re: *United States v. Jermaine Dore,*
12 Cr. 45(RJS)

Dear Judge Sullivan:

This letter is submitted in regard to Jermaine Dore, whom I represent in the above-referenced case, and is to request permission to file the Post-Trial Motions on behalf of Mr. Dore on Wednesday, April 24, 2013. I am currently on trial before the Honorable Renee A. White, New York County Supreme Court, in the matter of *People v. Adriel Coss*, Ind. No. 2818/2012. This trial is expected to last approximately one week. As a result of my prior trial schedule and the current matter, I have been unable to complete the Post-Trial Motions. I will be able to complete them by Wednesday, April 24, 2013. The government through Assistant United States Attorney Amy Lester consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

S/ Alice L. Fontier
Alice Fontier

Cc:  Jessica Massella
     Amy Lester
     Assistant United States Attorneys

SO ORDERED
Dated: 4/17/13

RICHARD J. SULLIVAN
U.S.D.J.