UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :

UNITED STATES OF AMERICA,         :
                                                      :                12 Cr. 045 (RJS)
         – against –                            :
                                                      :                NOTICE OF MOTION
JERMAINE DORE (1),                       :                TO WITHDRAW AS COUNSEL
                                                      :                AND FOR A MISTRIAL
                                                      :
                             Defendant.          :                <u>Electronically Filed</u>
                                                       :
-------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Alice L. Fontier, Esq., the Exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, JERMAINE DORE, will move before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order granting a new trial pursuant to Rule 33, Fed.R.Crim.P.

Dated:  April 24, 2013
           New York, New York

                                                                   Respectfully submitted,

                                                                   /S/ Alice L. Fontier
                                                                  Alice L. Fontier
                                                                 369 Lexington Ave., 2d Fl. #224
                                                                 New York, New York 10017
                                                                (212) 256-1244
                                                                 AliceFontierEsq@gmail.com

                                                                 *Attorney for Defendant Jermaine Dore*

To:     THE HON. RICHARD J. SULLIVAN
         UNITED STATES DISTRICT JUDGE

         UNITED STATES ATTORNEY
         SOUTHERN DISTRICT OF NEW YORK