**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2013

**BY E-MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-13

Re: *United States v. Jermaine Dore and Dwayne Barrett,*
S2 12 Cr. 45 (RJS)

Dear Judge Sullivan:

On April 22 and April 24, 2013, counsel for defendants Dwayne Barrett and Jermaine Dore filed their post-trial motions in this matter. The Government respectfully requests permission to file its response to the defendants' motions on May 15, 2013. Defense counsel has no objection to this proposal, and requests permission to file their reply briefs, if any, by May 27, 2013.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   s/ Amy Lester
Amy Lester/Jessica A. Masella
Assistant United States Attorneys
Tel.: (212) 637-2416/2288

cc: James M. Roth, Esq.
Alice L. Fontier, Esq.

SO ORDERED
4/29/13