UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

                Defendants.

No. 12 Cr. 45 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-7-13

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of two letters from Defendant Jermaine Dore, dated May 30, 2013 and June 5, 2013, concerning his efforts to obtain certain records and documents. The letters are being forwarded to Defendant's attorney, Alice Fontier, who is directed to advise the Court on or before June 11, 2013, as to whether she has produced or when she intends to produce these materials to Defendant Dore.

SO ORDERED.

Dated:     June 7, 2013
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

CC: Jermaine Dore (#66267054)
MCC New York
150 Park Row
New York, NY 10007