UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-13

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

Defendants.

No. 12 Cr. 45 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Defendant is currently scheduled to be sentenced on July 26, 2013. Probation has notified the Court that it is unable to complete the necessary pre-sentence investigation reports for that sentencing sufficiently in advance of July 26. Accordingly, IT IS HEREBY ORDERED THAT Defendant's sentencing shall be adjourned to August 2, 2013 at 2:30 p.m. in Courtroom 905 at 40 Foley Square.

SO ORDERED.

Dated:  June 21, 2013
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE