GA

**Criminal Notice of Appeal - Form A**

**NOTICE OF APPEAL**

United States District Court

Southern District of NY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 8 2013
```

Caption:

US

v.

Jermaine Dore

Docket No.: 12 CR 45 (RJS)

Sullivan
(District Court Judge)

Notice is hereby given that __Jermaine Dore__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] _____ (specify)

entered in this action on __8/5/13__.
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [X]  Other [ ]

Defendant found guilty by plea [ ]  (trial [X])  N/A [ ]

Offense occurred after November 1, 1987? Yes [X]  No [ ]  N/A [ ]

Date of sentence: __8/2/13__  N/A [ ]

Bail/Jail Disposition: Committed [X]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [X] | No [ ]  If yes, provide the following information:

Defendant's Counsel: Alice L. Fontier

Counsel's Address: 369 Lexington Ave 2nd Fl #224
NY NY 10017

Counsel's Phone: (212) 256-1244

Assistant U.S. Attorney: Amy Lester / Jessica Masella

AUSA's Address: One St Andrews Plaza
NY NY 10007

AUSA's Phone:

Signature