## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: U.S. v. Jermaine Dore                v.

DOCKET NUMBER: 12 CR 45 (RJS)

COUNSEL'S NAME: Alice Fontier

COUNSEL'S ADDRESS: 369 Lexington Ave 2nd Fl #224
NY NY 10017

COUNSEL'S PHONE: (212) 256-1244

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: Aug 08 2013*

### QUESTIONNAIRE

[X] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[X] Sentencing: 8/2/13 - Judge Sullivan
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Alice Fontier, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [X] CJA Form 24

_____       8/8/13
Counsel's Signature           Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____                _____
Court Reporter's Signature              Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.