UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JERMAINE DORE and DWAYNE BARRETT,

Defendants.

---

12 Cr. 45 (RJS)

Verdict Form

### COUNT ONE
(Conspiracy to Commit Robbery)

1. How do you find the Defendants JERMAINE DORE and DWAYNE BARRETT with respect to Count One?

|   |   | Guilty | Not Guilty |
|---|---|--------|------------|
| a. | JERMAINE DORE | X | |
| b. | DWAYNE BARRETT | X | |

*If you found either Defendant "Guilty" of Count One, then continue to Count Two for that Defendant. If you found the Defendant "Not Guilty" of Count One, then proceed directly to Count Three for that Defendant.*

### COUNT TWO
(Possession and Use of Firearm in Connection with Robbery Conspiracy)

2. How do you find the Defendants JERMAINE DORE and DWAYNE BARRETT with respect to Count Two?

|   |   | Guilty | Not Guilty |
|---|---|--------|------------|
| a. | JERMAINE DORE | X | |
| b. | DWAYNE BARRETT | X | |

## COUNT THREE
(Robbery: October 29, 2011)

3. How do you find the Defendants JERMAINE DORE and DWAYNE BARRETT with respect to Count Three?

|  |  | Guilty | Not Guilty |
|---|---|---|---|
| a. | JERMAINE DORE | X | |
| b. | DWAYNE BARRETT | X | |

*If you found either Defendant "Guilty" of Count Three, then continue to Count Four for that Defendant. If you found the Defendant "Not Guilty" of Count Three, then proceed directly to Count Five for that Defendant.*

## COUNT FOUR
(Possession and Use of Firearm in Connection with October 29, 2011 Robbery)

4. How do you find the Defendants JERMAINE DORE and DWAYNE BARRETT with respect to Count Four?

|  |  | Guilty | Not Guilty |
|---|---|---|---|
| a. | JERMAINE DORE | X | |
| b. | DWAYNE BARRETT | X | |

## COUNT FIVE
(Robbery: December 12, 2011)

5. How do you find the Defendants JERMAINE DORE and DWAYNE BARRETT with respect to Count Five?

|  |  | Guilty | Not Guilty |
|---|---|---|---|
| a. | JERMAINE DORE | X | |
| b. | DWAYNE BARRETT | X | |

*If you found either Defendant "Guilty" of Count Five, then continue to Count Six for that Defendant. If you found the Defendant "Not Guilty" of Count Five, then skip the next two questions, and sign and date this form.*

## COUNT SIX
(Possession and Use of Firearm in Connection with December 12, 2011 Robbery)

6. How do you find the Defendants JERMAINE DORE and DWAYNE BARRETT with respect to Count Six?

|    |                  | Guilty | Not Guilty |
|----|------------------|--------|------------|
| a. | JERMAINE DORE    | X      |            |
| b. | DWAYNE BARRETT   | X      |            |

*If you found either Defendant "Guilty" of Count Six, then continue to Count Seven for that Defendant. If you found the Defendant "Not Guilty" of Count Six, then do not consider Count Seven for that Defendant.*

## COUNT SEVEN
(Murder in Connection with December 12, 2011)

7. How do you find the Defendants JERMAINE DORE and DWAYNE BARRETT with respect to Count Seven?

|    |                  | Guilty | Not Guilty |
|----|------------------|--------|------------|
| a. | JERMAINE DORE    | X      |            |
| b. | DWAYNE BARRETT   | X      |            |

[signature]
FOREPERSON

3/19/2013
DATE

3