450

NOV 24

Name: Jermaine Dore                                           Nov 17-2014
number: 66267-054
U.S. Pollock
U.S. Penitentiary
P.O. Box 2099
Pollock, LA, 71467

Dear: Hon Judge Richard: J Sullivan

    I Jermaine Dore is seeking all the original photographs in my case of all the crime scene please. I would also to have the jury instructions and everything that was said at side bar. Judge i very respectful ask you to please sent all those necessary document so i can very much work to ward my case and freedom. I aslo would like your help getting a conference call with my lawyer Anza Feldman please because sine i have notice that i try on many occasion but have not getting any respond what so ever. Mr Sullivan yes i have the name of the Attorneys but i do not know if it male or female because i have never speak to them in person it just mail but the fact is i do not get the chance to help with my case or any respond as to how i can help. Mr Sullivan i would like to know how i have a lawyer Attorney and have not seeing he or she to go over my case on top of that i do not really know nothing that goin with my appeal all i know it was deny. Again i just ask you for your help and getting all the necessary document to successly work on my case. Thank you very truly Jermaine Dore.

                                      Very truly
                                      Jermaine Dore
                                      66267-054

#2

NOV 24 2014

Nov 17-2014

Name: Jermaine Doke
number: 66267-054
U.S. Pollock
U.S. Penitentiary
P.O. Box 2099
Pollock, LA, 71467

Dear Hon Judge Richard J. Sullivan

I am write you for your help in getting my trial transcript to work on my case myself because i have ask my lawyer on my occasion to sent them. I have not getting any respond in that very matter also i have try to contact them by phone but when i do and they hear the voice of the system they hang up on me. I have been try my hardest to get to my appeal lawyer by phone and have not been able for the last year. I have wrote many letter ask how can i help but i have not yet got a respond in that very matter i do not even know who my lawyer is. Also i have been seeking the statement of miss Brown and Taylor to go over it because i had not been able to out my trail. I would very much like to have my grand jury transcript as well and if there is not to much trouble i seek my freedom of speech please. Mrs Sullivan these things i ask and seek i very much think that it could help me to work on my case better, i also would like you to ask the goverm government to hand over all statement to me please. Thank you very much.

very truly
Jermaine Doke
66267-054