

**Neighborhood Defender Service of Harlem**

December 24, 2014

Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States v. Fahd Hussain, et al</u>
            12-CR-0045 (RJS)

Dear Judge Sullivan:

    This letter is in response to the letter submitted by Jermaine Dore, and docketed at entry number 450. I have previously communicated with Mr. Dore, and provided him with the full trial transcript, the trial exhibits, as well as all prior documents, filings, and discovery. In short, Mr. Dore has all of the documents that were in my possession. For obvious reasons, I cannot provide him with a transcript of the jury deliberations, or other off the record proceedings. I have previously communicated the same to Mr. Dore. In addition, I made a Motion to Withdraw as Counsel in the Second Circuit. That Motion was granted, and Mr. Dore was appointed appellate counsel. I have previously sent Mr. Dore his current counsel's information.

    Thank you for your attention to this matter.

                                            Respectfully,

                                            <u>S//Alice L. Fontier</u>

CC:    Jermaine Dore
          All Counsel by ECF

317 Lenox Avenue, 10th floor  New York, NY 10027  T 212.876.5500  F 212.876.5586  www.ndsny.org
Making Justice a Reality for those Farthest from its Reach