UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

           Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2014

No. 12-cr-45-2 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the attached letter from Defendant, which requests transcripts and other materials and is publicly docketed at entry number 450. (Doc. No. 450.) Because Defendant is represented by counsel in connection with his pending appeal, the Court has forwarded Defendant's letter to counsel and takes no further action in connection with Defendant's requests.

SO ORDERED.

Dated:    December 23, 2014
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE