Name: Jermaine Dore                          7-6-15
Number: 66267-054                  Docket Sheet # 12-cr-00045-
                                              RJS-2
P.O.Box 2099
U.S.P. Pollock
Pollock L.A. 71467


Dear Clerk of court.

    I jermaine Dore is seeking more time with respect
to my 2255 post trail motion. My reason i am seeking the
necessary entention it because i do not have the necessary
needed documents to guide me through my 2255 to me
the court standed under a 2255 motion. With out the
necessary documents such as my trail grand jury
transcripts and the jury instruction i can not fully
Successly done my 2255 in a timly manner. So i ask of
you and the most Honorable Richard J. Sullivan to
please grant me the extention on my 2255 please. As i have
wrote the court before and have receive a legal mail
back stating that in order for me to get the transcripts
and need documents i have to pay a fee yes i would
very much like to pay but i do not have it. The time is
running out on me to file my 2255 motion i have try
to reaching out to Mr Aeza Feldman who was my
applee but he said he do not have any of my documents
in my case. I have wrote him off that but he have
not responded back as yet. I also wrote mis Alice L
Fontier my trail Attorney and my other trail attorney
mis Stafford and i have not receive any respond back
as yet. I have email also go and still know respond
so i would like your help please so i can try my best
to come up with the necessary fun to get all i need

finally fill my 2255. My 2255 ending destiny is Oct 6-2015 that just over 60 day from today and i am not able to finish it because i was not given the necessary document from my appellee lawyer and it is stop me from file my 2255 the right way. I am very much afraid i would not meet the deat line and not be able to get back in court in a mannerly way to fight my case and to me the slander of a 2255. I also would like any document with any plea that was apath of my case please and to get the complan that was made in my case please. What with that said i would very much ask of you to ask my juge judge Honorable Richard J. Sullivan who was my trial judge and sentencing judge. Thank you very much for your time i will a want your respond in this very matter please. Thank you.

Jermaine Dore
66262054
P.O. Box 2099
U.S.P Pollock
Pollock LA, 71467

7-6-15



Jermaine Dore
6626 2054
U.S. P. Pollock
P.O. Box 2099
Pollock, LA 71467

USM P3
SDNY

12-cr-45

SHREVEPORT LA 710
06 JUL 2015 PM 3 L

100071.33099

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street New York NY 1000?

FOREVER USA