Jermaine Dore
66267-054
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

Docket Sheet 7-15-15
(1:12Cr-00045-RJS-2)

Dear Honorable Richard J. Sullivan
   I am writing you in respect to my trail transcripts that i have wrote you about before in the pass. Mr Sullivan the reason i am write you once again is because i have wrote my Appellee Attorney asking him about my trail transcripts. Mr Sullivan got back a letter a few week ago and he stated that he do not have it to hand over to me. Mr Sullivan my thing to you is how some as an Attorney who is apointed to do my appeal do not have one piece of documents about the case they r working on. Mr Sullivan i want to know how is that and why would not he give me all the necessary documents in my case so i can work on my case. Mr Sullivan over the months i have try calling my family try calling to but it seem everytime one of my call he is never there. Mr Sullivan the times i call when they do hear this is a call from a Federal prisoner they hang up so i was never able to talk to him. Mr Sullivan this guy is nothing like ms fontier who used to keep me up date and would always answer my call. Mr Sullivan i do not understand how mr feltman was my Attorney and i never have a phone r face to face conversation with him so that left me to wonder if he her or she is real. Mr Sullivan yes we do correspond by mail but i never had the chance to express myself to him and get to know him not just as my lawyer but as a person. Mr Sullivan i am ask you sine he never gave me any document in my

case what so ever can you oder him please to sent it to me please. Mr Sullivan i know you never respond back to my last letter to you over 2 month ago and you stated that i never said i was file a 2255 well i want you to know that was my plan from jump. Mr. Sullivan i am very much going and research law to do a 2255 and need all the document to finish and to complet my motion. Mr Sullivan i have started to put it together but i am not able to finish without all of my transcript to do so. Mr Sullivan to top it off i only have about 90 days left to my dead line wish is this Oct 6-2015 and sine i do not have all i need can you please find it in your heart to give me just a few more month to come up with the funs to get it & to find a way to have my Attorneys Mr. Arza Feldman sent it to me. Mr. Sullivan with respect to this letter i am begging your from my heart for you to please help me please i have no other choice but to come to you. Mr Sullivan with this i am waiting your respont in this matter thank you for your time.

Jermaine Dore
66267-054