UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/16
```

JERMAINE DORE,

                Petitioner,

-v-

UNITED STATES OF AMERICA,

                Respondent.

Nos. 16-cv-00699 (RJS)
12-cr-00045-2 (RJS)
ORDER TO ANSWER, 28 U.S.C. § 2255

RICHARD J. SULLIVAN, District Judge:

    Petitioner, proceeding *pro se*, has filed a motion pursuant to 28 U.S.C. § 2255 to vacate his sentence. (Doc. No. 1.) The Clerk of Court is respectfully directed to notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York ("Respondent") that this Order has been issued and to serve a copy of Petitioner's motion upon Respondent. IT IS HEREBY ORDERED THAT Respondent shall then file a notice of appearance. IT IS FURTHER ORDERED THAT Respondent shall file an answer, as well as transcripts of any relevant proceedings not already contained in the record, by April 18, 2016. IT IS FURTHER ORDERED THAT Petitioner shall file a response, if at all, by May 18, 2016.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated:    February 16, 2016
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE