


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2016

**BY CM/ECF and E-Mail**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, New York 10007

> Re:   *United States* v. *Jermaine Dore*,
>        **12 Cr. 45 (RJS)**
>        **16 Civ. 0699 (RJS)**

Dear Judge Sullivan:

The Government respectfully submits this letter to request that the Court issue an order requiring petitioner Jermaine Dore to re-submit a copy of the affidavit of his brother, Javid Dore (the "Affidavit"), in connection with Jermaine Dore's petition filed pursuant to Title 28, United States Code, Section 2255 to vacate, set aside, or correct his sentence (the "Petition"). The copy of the Petition received by the Clerk's Office and the United States Attorney's Office do not appear to include the Affidavit, which is referenced in the Petition. The Government would like to review the allegations in the Affidavit before filing its response to the Petition, which is currently due on May 23, 2016. Accordingly, the Government requests that the Court order that the Affidavit be re-submitted within two weeks.

Thank you for your consideration of this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:    /s/ Amy Lester
       Amy Lester
       Assistant United States Attorney
       (212) 637-2416

cc:    Jermaine Dore (by U.S. Mail)