UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/16
```

JERMAINE DORE,

                Petitioner,

-v-

UNITED STATES OF AMERICA,

                Respondent.

Nos. 16-cv-699 (RJS)
12-cr-45-2 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of (1) Petitioner's motion for leave to amend his petition under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (16-cv-699, Doc. No. 7), and (2) the government's April 29, 2016 letter requesting an order directing Petitioner to file the affidavit of his brother, Javid Dore (16-cv-699, Doc. No. 9), which is referenced in, but apparently was not filed with, the Petition (*see* 16-cv-699, Doc. No. 1 at 24). Accordingly, IT IS HEREBY ORDERED THAT, by May 11, 2016, the government shall respond to Petitioner's motion for leave to amend, and Petitioner shall file the Javid Dore affidavit referenced in the Petition.

SO ORDERED.

Dated:    April 29, 2016
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE