UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DORE,

                 Petitioner,

-v-

UNITED STATES OF AMERICA,

                 Respondent.

Nos. 16-cv-699 (RJS),
16-cv-4651 (RJS), &
12-cr-45-2 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/16

RICHARD J. SULLIVAN, District Judge:

    On January 29, 2016, Petitioner Jermaine Dore, proceeding *pro se*, filed a motion pursuant to 28 U.S.C. § 2255 in case number 16-cv-699. Counsel for Mr. Dore filed another § 2255 motion in case number 16-cv-4651 on June 15, 2016, raising issues under the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). IT IS HEREBY ORDERED THAT both petitions shall be consolidated and filed under case number 16-cv-699, and that case number 16-cv-4651 shall be closed. This consolidation shall not impact the timeliness of any previously filed document under 28 U.S.C. § 2255(f). The Clerk of the Court is respectfully directed to terminate the motion pending at docket number 497 in case number 12-cr-45-2.

SO ORDERED.

Dated:    August 8, 2016
            New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES DISTRICT JUDGE