UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

Defendant.

No. 12-cr-45-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court previously ordered the parties to reserve October 29, 2020 and October 30, 2020 at 10:00 a.m. as alternative dates for Defendant Dore's re-sentencing. (Doc. No. 658.) Due to the logistical challenges of planning in-person proceedings during the COVID-19 pandemic, the re-sentencing can no longer take place in Courtroom 11B at 10:00 a.m.  Accordingly, IT IS HEREBY ORDERD THAT Defendant Dore's re-sentencing will instead take place on October 30, 2020 at 11:00 a.m. in Courtroom 12D at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.

SO ORDERED.

Dated:   October 16, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation