UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

Defendant.

No. 12-cr-45-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court scheduled Defendant Dore's resentencing to take place on January 22, 2021 at 10:00 a.m. (Doc. No. 670). However, defense counsel informed the Court this afternoon that she will not be available. On consent of the parties, Defendant Dore's re-sentencing will instead take place on January 15, 2021 at 3:00 p.m. in Courtroom 12D at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.

SO ORDERED.

Dated:   January 17, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation