UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

            Defendant.

No. 12-cr-45-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Defendant Dore's resentencing is scheduled to take place on January 15, 2021 at 3:00 p.m. in Courtroom 12D at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.  (Doc. No. 671).  The Court has determined that this proceeding complies with Chief Judge McMahon's recently amended standing order regarding the curtailment of in-person proceedings because (i) Dore declines to waive his right to be physically present and (ii) the re-sentencing cannot be postponed as it has already been pending for over a year, making any further delays inappropriate.  *See generally* Standing Order, 20-mc-622 (CM) (S.D.N.Y. Jan. 5, 2021).

In light of the ongoing COVID-19 pandemic, a public line will be made available during the sentencing.  Members of the public may monitor the proceeding through the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:      January 11, 2021
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation