UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JERMAINE DORE,

              Defendant.

No. 12-cr-45-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    Defendant Dore's resentencing is scheduled to take place on January 15, 2021 at 3:00 p.m. in Courtroom 12D at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007. (Doc. No. 671). Due to Court-imposed social distancing requirements during the pandemic, the proceeding will instead take place in Courtroom 24B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.

SO ORDERED.

Dated:    January 11, 2021
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation