UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERMAINE DORE,<br><br>        Movant,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. 23-cv-624 (RJS) |
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JERMAINE DORE,<br><br>        Defendant. | No. 12-cr-45-2 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  Jermaine Dore, currently incarcerated and proceeding pro se, moves the Court under 28 U.S.C. § 2255 to vacate or set aside his 2021 sentence and conviction for Hobbs Act robbery and conspiracy to commit Hobbs Act robbery, both in violation of 18 U.S.C. § 1951, and carrying and using a firearm in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(i). (*See* Dkt. No. 23-cv-624, Doc. Nos. 1, 2.) The Court has concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit.

  Accordingly, IT IS HEREBY ORDERED THAT the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. IT IS FURTHER ORDERED THAT, within sixty days of the date of this Order, the government shall file an answer or other pleading in response to Dore's

section-2255 motion, and Dore shall have thirty days from the date on which he is served with the government's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date. All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated: January 27, 2023
       New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation