UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JERMAINE DORE,<br><br>                Defendant. | No. 12-cr-0045-2 (RJS)<br>No. 23-cv-0624 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    In light of the Supreme Court's grant of certiorari in *Barrett v. United States,* No. 24-5774, 2025 WL 663692, at *1 (U.S. Mar. 3, 2025), IT IS HEREBY ORDERED THAT the government shall submit a letter of no more than five pages by March 24, 2025 concerning the likely impact, if any, of that case on the pending section 2255 petition. The Clerk of Court is respectfully directed to send a copy of this order to Mr. Dore at his current address.

    SO ORDERED.

Dated:    March 10, 2025
            New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation